UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **00-2523-CIV-MARTINEZ**

JANE DOE,

    Plaintiff,

vs.

CELEBRITY CRUISES, INC., *et al.*,

    Defendants.
_____/



## ORDER DENYING DEFENDANTS' MOTION IN LIMINIE TO PROHIBIT PLAINTIFF FROM WEARING HER MILITARY UNIFORM DURING TRIAL

THIS CAUSE came before the Court upon Defendants' Motion in Limine to Prohibit Plaintiff from Wearing Her Military Uniform During Trial **(D.E. No. 186-1)**, filed on **November 13, 20002**. The Court has considered the Motion, Response, and the pertinent portions of the record. Having been duly advised, it is

**ORDERED AND ADJUDGED** that

Defendants' Motion in Limine to Prohibit Plaintiff from Wearing Her Military Uniform During Trial **(D.E. No. 186-1)** is hereby DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, November 15, 2002.

                                  JOSE E. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Stephan Skoufalos, Esq.
Richard M. Ziccardi, Esq.
Gerhardt A. Schreiber, Esq.
Mary Lou Rodon-Alvarez, Esq.
Jeffrey B. Maltzman, Esq.
Carol L. Finklehoffe, Esq.

